**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Joshua  Michael Earnshaw  aka Joshua         **BK NO. 18-02669 HWV**
Earnshaw aka Joshua M Earnshaw
                   **Debtor(s)**             **Chapter 13**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION
and index same on the master mailing list.

                                Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
04 Nov 2020, 16:34:56, EST

                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA  19106
                    215-627-1322

Document ID: 39122221bd478867795284ed5a7039819a6dabc45bffa8927312b0f890244f5c