# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | JOSHUA MICHAEL EARNSHAW<br>JOSHUA M EARNSHAW,<br>JOSHUA EARNSHAW | |
| | Debtor(s) | CHAPTER 13 |
| | JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | |
| vs. | JOSHUA MICHAEL EARNSHAW<br>JOSHUA M EARNSHAW,<br>JOSHUA EARNSHAW | CASE NO: 1-18-02669-HWV |
| | Respondent(s) | |

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on February 6, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: February 6, 2023

Respectfully submitted,

/s/   Douglas R. Roeder, Esquire
ID:  80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   JOSHUA MICHAEL EARNSHAW
JOSHUA M EARNSHAW,
JOSHUA EARNSHAW

        Debtor(s)        CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.        CASE NO: 1-18-02669-HWV
JOSHUA MICHAEL EARNSHAW
JOSHUA M EARNSHAW,
JOSHUA EARNSHAW

        Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his Attorney Douglas R. Roeder, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    March 8, 2023 at 09:35 AM
    Bankruptcy Courtroom
    Ronald Reagan Federal Bldg
    3rd Floor, 228 Walnut Street
    Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH:** $ 7,390.84
   **AMOUNT DUE FOR THIS MONTH:** $2,193.50
   **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:** $9,584.34

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to:
CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment tobe applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: February 6, 2023

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: JOSHUA MICHAEL EARNSHAW
JOSHUA M EARNSHAW,
JOSHUA EARNSHAW

            Debtor(s)          CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
            Movant

vs.          CASE NO: 1-18-02669-HWV

JOSHUA MICHAEL EARNSHAW
JOSHUA M EARNSHAW,
JOSHUA EARNSHAW

            Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 6, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

MELANIE WALZ SCARINGI, ESQUIRE
2000 LINGLESTOWN ROAD
SUITE 109
HARRISBURG PA 17110-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

Served by First Class Mail

JOSHUA MICHAEL EARNSHAW
765 RIDGELYN DRIVE
DALLASTOWN PA 17313

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 6, 2023      /s/ Matt Arcuri
                                                 Office of the Standing Chapter 13 Trustee
                                                 Jack N. Zaharopoulos
                                                 Suite A, 8125 Adams Dr.
                                                 Hummelstown, PA 17036
                                                 Phone: (717) 566-6097
                                                 email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSHUA MICHAEL EARNSHAW
AKA: JOSHUA M EARNSHAW,
JOSHUA EARNSHAW

CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-18-02669-HWV

vs.

JOSHUA MICHAEL EARNSHAW
AKA: JOSHUA M EARNSHAW,
JOSHUA EARNSHAW

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.