UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Joshua Michael Earnshaw

Case No.: 1-18-02669HWV

Chapter 13

**Debtor(s)**

# NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Freedom Mtg |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 8711 |
| Property Address if applicable: | 765 Ridgelyn Dr |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $66,355.98 |
| b. | Prepetition arrearages paid by the trustee: | $66,355.98 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $4,918.37 |
| f. | Postpetition arrearage paid by the trustee: | $4,918.37 |
| g. | Total b, d, and f: | $71,274.35 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is paid through the trustee.

| | |
|---|---|
| Current monthly mortgage payment: | $1,401.34 |
| The next postpetition payment was due on: | June 2023 |

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs

Case 1:18-bk-02669-HWV   Doc 64   Filed 06/22/23   Entered 06/22/23 10:03:03   Desc
Page 1 of 10

and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: June 22, 2023                                            Respectfully submitted,


                                                                /s/ Jack N. Zaharopoulos
                                                                Standing Chapter 13 Trustee
                                                                Suite A, 8125 Adams Drive
                                                                Hummelstown, PA  17036
                                                                Phone:  (717) 566-6097
                                                                Fax:  (717) 566-8313
                                                                email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Joshua Michael Earnshaw
        Debtor(s)

CHAPTER 13

CASE NO: 1-18-02669HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 22, 2023, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Melanie Walz Scaringi, Esquire
2000 Linglestown Rd
Suite 109
Harrisburg PA 17110

**Served by First Class Mail**
Freedom Mortgage Corp
10500 Kincaid Dr
Fishers IN 46037-9764

Joshua Michael Earnshaw
765 Ridgelyn Dr
Dallastown  PA 17313

I certify under penalty of perjury that the foregoing is true and correct.

Date:  June 22, 2023

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-02669    **JOSHUA MICHAEL EARNSHAW**

**FREEDOM MORTGAGE CORPORATION**
10500 KINCAID DRIVE
CASH PROCESSING
FISHERS, IN   46037-

Sequence: 24
Modify:
Filed Date: 7/30/2018 12:00:00AM
Hold Code:

Acct No: 8711/PRE ARREARS/765 RIDG

|  | Amt Sched: | $179,315.00 | Debt: | $17,360.48 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $0.00 | Paid: | $17,360.48 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **FREEDOM MORTGAGE CORPORATION** | | | | | | | |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/15/2023 | 2022813 | $2,975.22 | $0.00 | $2,975.22 | 03/23/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/18/2022 | 2017801 | $500.11 | $0.00 | $500.11 | 10/26/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/13/2022 | 2016769 | $583.57 | $0.00 | $583.57 | 09/30/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/17/2022 | 2015719 | $1,167.14 | $0.00 | $1,167.14 | 09/08/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/14/2022 | 2013705 | $472.30 | $0.00 | $472.30 | 07/14/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/17/2022 | 2012655 | $395.15 | $0.00 | $395.15 | 05/26/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2022 | 2008605 | $472.29 | $0.00 | $472.29 | 02/09/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/15/2021 | 2007594 | $441.67 | $0.00 | $441.67 | 12/28/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/18/2021 | 2003464 | $1,034.51 | $0.00 | $1,034.51 | 08/27/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/16/2021 | 2001448 | $517.26 | $0.00 | $517.26 | 06/30/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/18/2021 | 2000433 | $517.26 | $0.00 | $517.26 | 05/27/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/15/2021 | 1229060 | $468.16 | $0.00 | $468.16 | 04/27/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/17/2021 | 1228037 | $468.17 | $0.00 | $468.17 | 03/30/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/17/2021 | 1227029 | $468.16 | $0.00 | $468.16 | 02/24/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2021 | 1226005 | $468.17 | $0.00 | $468.17 | 02/02/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/10/2020 | 1224218 | $953.46 | $0.00 | $953.46 | 12/29/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/15/2020 | 1222468 | $353.63 | $0.00 | $353.63 | 10/23/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/14/2020 | 1216243 | $450.00 | $0.00 | $450.00 | 04/29/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/12/2020 | 1214948 | $466.50 | $0.00 | $466.50 | 03/26/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/13/2020 | 1213644 | $933.00 | $0.00 | $933.00 | 02/21/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/16/2020 | 1212276 | $466.50 | $0.00 | $466.50 | 01/27/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/12/2019 | 1210897 | $466.50 | $0.00 | $466.50 | 12/19/2019 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/26/2019 | 1207213 | $465.50 | $0.00 | $465.50 | 10/02/2019 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/11/2019 | 1204416 | $931.00 | $0.00 | $931.00 | 07/19/2019 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/06/2019 | 1203042 | $465.50 | $0.00 | $465.50 | 06/14/2019 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/11/2019 | 1200383 | $459.75 | $0.00 | $459.75 | 04/19/2019 |

Sub-totals: $17,360.48    $0.00   $17,360.48

Grand Total: $17,360.48    $0.00

Case: 18-02669   JOSHUA MICHAEL EARNSHAW

**FREEDOM MORTGAGE CORPORATION**
10500 KINCAID DRIVE
CASH PROCESSING
FISHERS, IN   46037-

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 8711/POST ARREARS/765 RID

POST-PETITION ARREARS  2ND AP

| | | | | |
|---|---|---|---|---|
| Amt Sched: $0.00 | Debt: $4,918.37 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $4,918.37 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **FREEDOM MORTGAGE CORPORATION** | | | | | | | |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 03/15/2023 | 2022813 | $842.90 | $0.00 | $842.90 | 03/23/2023 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 10/18/2022 | 2017801 | $141.69 | $0.00 | $141.69 | 10/26/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 09/13/2022 | 2016769 | $165.33 | $0.00 | $165.33 | 09/30/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 08/17/2022 | 2015719 | $330.66 | $0.00 | $330.66 | 09/08/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 06/14/2022 | 2013705 | $133.81 | $0.00 | $133.81 | 07/14/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 05/17/2022 | 2012655 | $111.94 | $0.00 | $111.94 | 05/26/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2022 | 2008605 | $133.81 | $0.00 | $133.81 | 02/09/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 12/15/2021 | 2007594 | $125.13 | $0.00 | $125.13 | 12/28/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 08/18/2021 | 2003464 | $293.09 | $0.00 | $293.09 | 08/27/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 06/16/2021 | 2001448 | $146.54 | $0.00 | $146.54 | 06/30/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 05/18/2021 | 2000433 | $146.54 | $0.00 | $146.54 | 05/27/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 04/15/2021 | 1229060 | $132.64 | $0.00 | $132.64 | 04/27/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 03/17/2021 | 1228037 | $132.63 | $0.00 | $132.63 | 03/30/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 02/17/2021 | 1227029 | $132.64 | $0.00 | $132.64 | 02/24/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2021 | 1226005 | $132.63 | $0.00 | $132.63 | 02/02/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 12/10/2020 | 1224218 | $270.12 | $0.00 | $270.12 | 12/29/2020 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 10/15/2020 | 1222468 | $269.15 | $0.00 | $269.15 | 10/23/2020 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 09/17/2020 | 1221427 | $601.78 | $0.00 | $601.78 | 09/25/2020 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 08/12/2020 | 1220384 | $545.34 | $0.00 | $545.34 | 08/27/2020 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 06/02/2020 | 1218319 | $130.00 | $0.00 | $130.00 | 06/15/2020 |
| | | | | Sub-totals: | $4,918.37 | $0.00 | $4,918.37 | |
| | | | | Grand Total: | $4,918.37 | $0.00 | | |

Case: 18-02669  JOSHUA MICHAEL EARNSHAW

**FREEDOM MORTGAGE CORP**
10500 KINCADE DRIVE
SUITE 300
FISHERS, IN  46037-9764

Sequence: 07
Modify:
Filed Date:
Hold Code:

Acct No: 8711

| | | | | | |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 | Debt: | $48,995.50 | Interest Paid: | $0.00 |
| Amt Due: | $1,401.34 | Paid: | $48,995.50 | Accrued Int: | $0.00 |
| | | | | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5010** | **FREEDOM MORTGAGE CORP** | | | | | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/13/2023 | 2025813 | $1,401.34 | $0.00 | $1,401.34 | |
| | | | | | | | Payment for 5/2023 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/13/2023 | 2025813 | $1,401.34 | $0.00 | $1,401.34 | |
| | | | | | | | Payment for 6/2023 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 04/18/2023 | 2023823 | $1,401.34 | $0.00 | $1,401.34 | 04/26/2023 |
| | | | | | | | Payment for 4/2023 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 03/15/2023 | 2022812 | $1,401.34 | $0.00 | $1,401.34 | 03/22/2023 |
| | | | | | | | Payment for 1/2023 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 03/15/2023 | 2022812 | $1,401.34 | $0.00 | $1,401.34 | 03/22/2023 |
| | | | | | | | Payment for 2/2023 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 03/15/2023 | 2022812 | $1,401.34 | $0.00 | $1,401.34 | 03/22/2023 |
| | | | | | | | Payment for 3/2023 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 01/18/2023 | 2020800 | $1,401.34 | $0.00 | $1,401.34 | 01/25/2023 |
| | | | | | | | Payment for 12/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 12/13/2022 | 2019814 | $1,311.20 | $0.00 | $1,311.20 | 12/22/2022 |
| | | | | | | | Payment for 11/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 10/18/2022 | 2017800 | $1,311.20 | $0.00 | $1,311.20 | 10/25/2022 |
| | | | | | | | Payment for 10/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 09/13/2022 | 2016767 | $1,311.20 | $0.00 | $1,311.20 | 09/30/2022 |
| | | | | | | | Payment for 9/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 08/17/2022 | 2015717 | $1,311.20 | $0.00 | $1,311.20 | 09/07/2022 |
| | | | | | | | Payment for 7/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 08/17/2022 | 2015717 | $1,311.20 | $0.00 | $1,311.20 | 09/07/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/14/2022 | 2013703 | $1,311.20 | $0.00 | $1,311.20 | 07/13/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 05/17/2022 | 2012653 | $1,311.20 | $0.00 | $1,311.20 | 05/26/2022 |
| | | | | | | | Payment for 5/2022 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | FREEDOM MORTGAGE CORP | | 05/17/2022 | 2012653 | $1,311.20 | $0.00 | $1,311.20 | 05/26/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 04/12/2022 | 2011591 | $1,311.20 | $0.00 | $1,311.20 | 04/28/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 03/16/2022 | 2010577 | $1,311.20 | $0.00 | $1,311.20 | 04/06/2022 |
| | | | | | | | Payment for 2/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 01/19/2022 | 2008603 | $1,311.20 | $0.00 | $1,311.20 | 02/09/2022 |
| | | | | | | | Payment for 1/2022 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 12/15/2021 | 2007592 | $1,310.20 | $0.00 | $1,310.20 | 12/29/2021 |
| | | | | | | | Payment for 11/2021 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 12/15/2021 | 2007592 | $1,311.20 | $0.00 | $1,311.20 | 12/29/2021 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 11/16/2021 | 2006565 | $1,310.20 | $0.00 | $1,310.20 | 11/24/2021 |
| | | | | | | | Payment for 10/2021 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 10/14/2021 | 2005523 | $1,310.20 | $0.00 | $1,310.20 | 10/29/2021 |
| | | | | | | | Payment for 9/2021 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 08/18/2021 | 2003462 | $1,310.20 | $0.00 | $1,310.20 | 08/27/2021 |
| | | | | | | | Payment for 7/2021 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 08/18/2021 | 2003462 | $1,310.20 | $0.00 | $1,310.20 | 08/27/2021 |
| | | | | | | | Payment for 8/2021 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/16/2021 | 2001447 | $1,310.20 | $0.00 | $1,310.20 | 06/30/2021 |
| | | | | | | | Payment for 6/2021 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 05/18/2021 | 2000432 | $1,310.20 | $0.00 | $1,310.20 | 05/28/2021 |
| | | | | | | | Payment for 5/2021 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 04/15/2021 | 1229058 | $1,310.20 | $0.00 | $1,310.20 | 04/27/2021 |
| | | | | | | | Payment for 4/2021 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 03/17/2021 | 1228034 | $1,310.20 | $0.00 | $1,310.20 | 03/29/2021 |
| | | | | | | | Payment for 3/2021 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 02/17/2021 | 1227027 | $1,310.20 | $0.00 | $1,310.20 | 02/24/2021 |
| | | | | | | | Payment for 2/2021 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 01/19/2021 | 1226003 | $1,310.20 | $0.00 | $1,310.20 | 02/02/2021 |
| | | | | | | | Payment for 1/2021 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 12/10/2020 | 1224217 | $1,288.22 | $0.00 | $1,288.22 | 12/29/2020 |
| | | | | | | | Payment for 11/2020 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 12/10/2020 | 1224217 | $1,310.20 | $0.00 | $1,310.20 | 12/29/2020 |
| | | | | | | | Payment for 12/2020 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 10/15/2020 | 1222466 | $1,288.22 | $0.00 | $1,288.22 | 10/23/2020 |
| | | | | | | | Payment for 10/2020 | |
| 501-0 | FREEDOM MORTGAGE CORP | | 09/17/2020 | 1221425 | $1,288.22 | $0.00 | $1,288.22 | 09/24/2020 |
| | | | | | | | Payment for 9/2020 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 08/12/2020 | 1220383 | $1,288.22 | $0.00 | $1,288.22 | 08/27/2020 |
| | | | | | Payment for 7/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 08/12/2020 | 1220383 | $1,288.22 | $0.00 | $1,288.22 | 08/27/2020 |
| | | | | | Payment for 8/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 07/07/2020 | 1219326 | $1,288.22 | $0.00 | $1,288.22 | 07/22/2020 |
| | | | | | Payment for 6/2020 | | | |
| | | | | Sub-totals: | $48,995.50 | $0.00 | $48,995.50 | |
| | | | | Grand Total: | $48,995.50 | $0.00 | | |